AO91 (Rev. 12/03) Criminal Complaint AUSA Joseph Griffith

# UNITED STATES DISTRICT COURT

Southern District Of Texas Corpus Christi Division

**UNITED STATES OF AMERICA**
**vs.**

David Ernesto LOPEZ-BELTRAN

**CRIMINAL COMPLAINT**

Case Number: 2:26-MJ-00522

United States Courts
Southern District of Texas
FILED
*July 11, 2026*
Nathan Ochsner, Clerk of Court

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about 07/10/2026 in Kleberg County, in the Southern District Of Texas defendant(s)

David Ernesto LOPEZ-BELTRAN, a native and citizen of El Salvador and an alien who had been previously deported from the United States was found unlawfully within the United States near Riviera, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security for application for readmission into the United States,

in violation of Title 8 United States Code, Section(s) 1326

I further state that I am a(n) HSI Special Agent and that this complaint is based on the following facts:

On 07/10/2026, Border Patrol Agents encountered LOPEZ-BELTRAN during vehicle stop initiated by U.S. Border Patrol near Rivera, Texas. Agents determined LOPEZ-BELTRAN to be a citizen and national of El Salvador without any immigration documents that would allow him to enter or remain in the United States legally. Record checks revealed LOPEZ-BELTRAN was ordered removed from the United States by a designated official on 05/12/2026 and was physically removed from the United States to El Salvador on 05/18/2026 via Harlingen, TX. There is no evidence to indicate LOPEZ-BELTRAN has applied for re-admission into the United States from any lawful authority.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Signature of Complainant

Carol Burrola, HSI Special Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on

07/11/2026 at Corpus Christi, Texas
Date City/State

Jason B. Libby U.S. Magistrate Judge
Name of Judge Title of Judge

Signature of Judge